NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1771

STATE OF LOUISIANA

VERSUS

CURTIS SMITH

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 38601
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Michael Harson
District Attorney, 15th JDC
P.O. Box 3306
Lafayette, LA 70502-3306
(337) 232-5170
Counsel for: Plaintiff/Appellee
        State of Louisiana

G. Paul Marx
Attorney at Law
P. O. Box 82389
Lafayette, LA 70598-2389
(337) 237-2537
Counsel for: Defendant/Appellant
        Curtis Smith

**Ted L. Ayo**
**Attorney at Law**
**207 S. Washington St.**
**Abbeville, LA 70510**
**(337) 898-4320**
**Counsel for: Plaintiff/Appellee**
  **State of Louisiana**

**Curtis Smith**
**Vermillion Parish Prison**
**P. O. Box 307**
**Abbeville, LA 70510**
**Defendant/Appellant**
  **Curtis Smith**